UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MEDICINE, P.C.,

    Plaintiff,

                                      Case No. 24-cv-12713
v.                                   Hon. Matthew F. Leitman

SECRETARY OF THE U.S. DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

    Defendant.

_____/

## JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Defendant and against Plaintiff.

                                    KINIKIA ESSIX
                                    CLERK OF COURT

                        By:   s/Holly A. Ryan
                                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 17, 2026
Detroit, Michigan

1